UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Jean Paul Ottley

                **Plaintiff,**

-- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                **Defendants**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

**Katie Leota** being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on March 25, 2008 at approximately  1:30 pm  at

**LOCATION OF SERVICE**

City of N.Y. Law Department
Office of Corporation Counsel
100 Church Street, 4th Floor
New York, NY 10007

Deponent served the within Summons and Complaint on respondent **City of New York** by personally delivering and handing to the receptionist thereat a true copy of each to **Soraya Bonit**, a person of suitable age and discretion. Description: Age 40: , Sex: F , Race:B , Hgt 5'6: , Wgt: 130, Hair: B, Glasses: Y.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on ____3/25/08____ City and State of New York.

_Katie Leota_
Katie Leota

Sworn to me on __3/25/08__

Notary Public _____

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES __2/11/10__