UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Jean Paul Ottley

                       **Plaintiff,**

-- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                       **Defendants**
----------------------------------------X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

__Katie Leota__  being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately 10:00am at

**LOCATION OF SERVICE**

75th Precint
1000 Sutter Avenue
Brooklyn, New York

Deponent served the within Summons and Complaint on respondent **ESU P.O. Stosch** by personally delivering and handing to the Sergeant thereat a true copy of each to __Sergeant Fect__, a person of suitable age and discretion. Description: Age 30: , Sex: F , Race:B , Hgt 5'8: , Wgt: 130, Hair: B, Glasses: Y.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

_Katie Leota_
Katie Leota

                       Sworn to me on 4/18/08

                       Notary Public

                       CARMEN S. GIORDANO
                NOTARY PUBLIC, STATE OF NEW YORK
                     NO. 02GI6071065
                QUALIFIED IN NEW YORK COUNTY
              COMMISSION EXPIRES 3/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Jean Paul Ottley

                      Plaintiff,

      -- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                      Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK    ss:

Katie Leota  being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately   10:00am at

**LOCATION OF SERVICE**

75th Precint
1000 Sutter Avenue
Brooklyn, New York

Deponent served the within Summons and Complaint on respondent **ESU P.O. Pennyu** by personally delivering and handing to the Sergeant thereat a true copy of each to **Sergeant Fect**, a person of suitable age and discretion. Description: Age 30: , Sex: F , Race:B , Hgt 5'8: , Wgt: 130, Hair: B, Glasses: Y.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

_Katie Leota_
Katie Leota

                Sworn to me on   4/18/08

                Notary Public   3/11/10

                CARMEN S. GIORDANO
           NOTARY PUBLIC, STATE OF NEW YORK
                NO. 02GI6071065
           QUALIFIED IN NEW YORK COUNTY
           COMMISSION EXPIRES   3/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Jean Paul Ottley

         **Plaintiff,**

   -- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

         **Defendants**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

<u>Katie Leota</u> being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately 10:00am at

**LOCATION OF SERVICE**

75th Precint
1000 Sutter Avenue
Brooklyn, New York

Deponent served the within Summons and Complaint on respondent **ESU P.O. Hayden** by personally delivering and handing to the Sergeant thereat a true copy of each to <u>**Sergeant Fect**</u>, a person of suitable age and discretion. Description: Age 30: , Sex: F , Race:B , Hgt 5'8: , Wgt: 130, Hair: B, Glasses: Y.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

_Katie Leota_
Katie Leota

Sworn to me on   4/18/08

Notary Public _____

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 5/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Jean Paul Ottley

                            **Plaintiff,**

    -- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                            **Defendants**
----------------------------------------X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

**Katie Leota** being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately   10:00am at

**LOCATION OF SERVICE**

75th Precint
1000 Sutter Avenue
Brooklyn, New York

Deponent served the within Summons and Complaint on respondent **ESU P.O. Moyer** by personally delivering and handing to the Sergeant thereat a true copy of each to **Sergeant Fect**, a person of suitable age and discretion. Description: Age 30: , Sex: F , Race:B , Hgt 5'8: , Wgt: 130, Hair: B, Glasses: Y.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

*Katie Leota*
Katie Leota

                             Sworn to me on  4/18/08

                             Notary Public

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 3/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Jean Paul Ottley

                        **Plaintiff,**

-- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                        **Defendants**
---------------------------------X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

<u>Katie Leota</u>  being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately   10:40am at

**LOCATION OF SERVICE**

67th Precint
2820 Snyder Avenue
Brooklyn, New York 11226

Deponent served the within Summons and Complaint on respondent **P.O. Dominick Nasso** by personally delivering and handing to the Officer thereat a true copy of each to **Officer Richardson**, a person of suitable age and discretion. Description: Age 30: , Sex: M , Race:W , Hgt 5'8: , Wgt: 180, Hair: B, Glasses: N.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

_Katie Leota_
Katie Leota

                        Sworn to me on _4/18/08_

                        Notary Public _____

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES  3/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Jean Paul Ottley

                           **Plaintiff,**

      -- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                          **Defendants**
------------------------------------X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK    ss:

<u>Katie Leota</u> being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately 10:40am at

**LOCATION OF SERVICE**

67th Precint
2820 Snyder Avenue
Brooklyn, New York 11226

Deponent served the within Summons and Complaint on respondent **P.O. Joseph Redmond** by personally delivering and handing to the Officer thereat a true copy of each to **Officer Richardson**, a person of suitable age and discretion. Description: Age 30: , Sex: M , Race:W , Hgt 5'8: , Wgt: 180, Hair: B, Glasses: N.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

*Katie Leota*
Katie Leota

Sworn to me on 4/18/08

Notary Public

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Jean Paul Ottley

                        **Plaintiff,**

    -- against --

The City of New York,
P.O. Dominick M. Nasso, P.O Joseph Redmond,
Sgt. Scott Kienle, ESU P.O.'s Stosch, Pennyu,
Hayden & Moyer & EMT Dennis Machtel

                       **Defendants**
---------------------------------X

AFFIDAVIT OF SERVICE

08 CIV 2994

STATE OF NEW YORK:

COUNTY OF NEW YORK   ss:

**Katie Leota**   being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on April 17, 2008 at approximately   10:40am  at

**LOCATION OF SERVICE**

67th Precint
2820 Snyder Avenue
Brooklyn, New York 11226

Deponent served the within Summons and Complaint on respondent **Sgt. Scott Kienle** by personally delivering and handing to the Officer thereat a true copy of each to **Officer Richardson**, a person of suitable age and discretion. Description: Age 30: , Sex: M , Race:W , Hgt 5'8:  , Wgt: 180, Hair: B, Glasses: N.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 17, 2008, City and State of New York.

_Katie Leota_
Katie Leota

                  Sworn to me on   4/18/08

                  Notary Public

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES  5/11/08