**MEMO ENDORSED**

LAW OFFICES
**CARMEN S. GIORDANO**
225 BROADWAY, 40TH FLOOR
NEW YORK, NY 10007

(212) 406-9466
TELECOPIER (212) 406-9410
carmen@csgiordano.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

June 25, 2008

**VIA HAND DELIVERY**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jean Ottley v. The City of New York et al.
08 cv 02994 (LAK) (JCF)

Your Honor:

My office represents the plaintiff in the referenced civil rights case. Recently, Defense Counsel provided us with the correct names of several individual ESU officers who were involved in the arrest processing of defendant. Counsel for the parties agree that the complaint must be amended to substitute the names of these officers for current defendants who, according to defense counsel, were not working on the date in question.

Therefore, plaintiff requests permission from the Court, with Defendants consent, to file a first amended complaint, which will name the correct ESU officers. Given the time frame set by the court for discovery and the time that will be permitted for defendants to answer following service, we respectfully request that this application be considered as soon as possible. Permission to fax this request to chambers was denied.

Respectfully submitted,

Carmen S. Giordano

CSG/kl
CC: Alsaan Saleem, Esq

Granted provided amended [complaint] filed by 7/11/08

SO ORDERED
LEWIS A. KAPLAN, USDJ
7/1/08