UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEAN PAUL OTTLEY,

                Plaintiff,

     -against-                            08 Civ. 2994 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

     Defendants' latest motion *in limine* [DI 36], which for the most part is an untimely summary judgment motion by another name, is denied. To the extent it in substance is a motion for summary judgment, it comes too late. The handful of evidentiary issues it raises may be dealt with at trial.

     SO ORDERED.

Dated:     January 29, 2010

                                               Lewis A. Kaplan
                                         United States District Judge

[Filing stamp: SDNY, DOCUMENT, ELECTRONICALLY FILED, FILED: 2/1/10]